*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**WILLIE WALKER,**

                **Plaintiff,**

  vs.                                                                                         6:12-cv-1587
                                                                                           (MAD/TWD)

**CITY OF UTICA; DANIEL LABELLA,
individually and in his official capacity as
Utica Police Chief; MARK WILLIAMS,
individually and in his official capacity as Utica
Police Chief; JOHN TOOMEY, individually and in
his official capacity as Utica Policy Captain; LOUIS
CAPRI, individually and in his official capacity as
Utica Police Lieutenant; EDWARD NOONAN,
individually and in his official capacity as Utica
Police Office; STANLEY FERNALD, individually
and in his official capacity as Utica Police Offer;
FRANK MUCITELLI, individually and in his
official capacity as Utica Police Officer; JOSHUA
GRANDE, individually and in his official capacity
as Utica Police Officer; JAMES HOLT, individually
and in his official capacity as Utica Police Officer;
TOFF DUVAL, individually and in his official
capacity as Utica Police Officer; MICHAEL
CURLEY, individually and in his official capacity
as Utica Police Officer; SAMUEL GEDDES,
individually and in his official capacity as Utica
Police Officer; STEVEN HAUCK, individually and
in his official capacity as Utica Police Officer;
BRIAN BANSNER, individually and in his official
capacity as Utica Police Officer; HOWARD
BRODT, individually and in his official capacity as
Utica Police Officer; and LINDA FATATA,
individually and in her official capacity as
Corporation Counsel,
Defendants.**

                                          **Defendants.**

_____

  **X**   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Dkt. No. 52) is **GRANTED;** and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 9th day of March, 2015.

DATED: March 9, 2015

*Lawrence K. Baerman*
Clerk of Court

S/ Britney Norton
Britney Norton, Deputy Clerk